IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SAMUEL A. SARVER,

    Plaintiff,

Case No.: 3:18-cv-33

vs.

COMMISSIONER OF SOCIAL SECURITY,

Magistrate Judge Michael J. Newman
(Consent case)

    Defendant.

**ORDER AND ENTRY: (1) GRANTING THE PARTIES' JOINT MOTION FOR AN AWARD UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. 21); AND (2) AWARDING EAJA FEES, COSTS, AND EXPENSES IN THE AMOUNT OF $3,188.55**

This Social Security disability benefits appeal is before the Court on the parties' motion for an award of attorney's fees, costs, and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the total amount of $3,188.55. Doc. 21. There being no dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **GRANTS** the parties' motion (doc. 21); and (2) **AWARDS** EAJA fees, costs, and expenses in the amount of $3,188.55. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

Date: September 17, 2018            *s/ Michael J. Newman*
                                                            Michael J. Newman
                                                            United States Magistrate Judge